AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTHONY TERRY,

            Petitioner,

v.

U.S. PROBATION OFFICE, et al.,

            Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:22-cv-125

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's November 17, 2022 Order adopting the Magistrate Judge's Report and Recommendation as the opinion of the Court. Respondents' Motion to Dismiss is granted, and Petitioner's 28 U.S.C. § 2241 Petition is dismissed. No Certificate of Appealability should issue, and in forma status on appeal is denied. This case stands closed.

Approved by: _____

| November 22, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/2020